IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
NOV 16 2016
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC FEIT,<br><br>Defendant. | CV 10–54–H–DWM<br>CV 11–01–H–DWM<br><br>ORDER |
| ERIC FEIT,<br><br>Crossclaim Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Crossclaim Defendant. | |

On March 3, 2014, this Court entered an order remanding this matter to the Montana Department of Labor and Industry "for a decision to effectuate the conclusions of law reached in its decision following the second remand" and to enter final judgment to that effect. (Doc. 95.)[1] The parties appealed that Order,

---

[1] Unless otherwise noted, docket citations are to the record in the lead case, CV 10–54–H–DWM.

among others. (*See* Notice of Appeal, Docs. 103, 107.) On September 29, 2016, the Ninth Circuit Court of Appeals issued an unpublished memorandum decision affirming this Court, (Doc. 111), and a mandate was subsequently issued on November 10, 2016, (Doc. 113).

Accordingly, this Court's remand order of March 3, 2014 remains in effect and IT IS ORDERED that the Clerk of Court is directed to close both the lead case and the consolidated case in this matter.

DATED this 16th day of November, 2016.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court